UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Long

                                         Plaintiff,

v.                                                                               Case No.: 1:23−cv−01231

                                                                                          Honorable Edmond E. Chang

Siam Marina of Tinley Park, Inc., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The parties jointly move to approve the FLSA and IMWL settlement agreement. Although it is not clear whether parties must obtain judicial approval of an FLSA settlement in a setting in which the plaintiff is represented by counsel and no coercion−type factors are at issue, the Court has reviewed the agreement and the facts presented in the motion. Based on that review, the motion [22] is granted: the amount and apportionment of the settlement is reasonable for this type of case and in light of the claims. To avoid unnecessary status hearings and to provide time to exchange consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 07/28/2023. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 07/14/2023 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.